**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MICHAEL WEDERMYER, | No. CV 05-3935-SGL(CW) |
| Petitioner, | JUDGMENT |
| v. | |
| JAMES A. YATES, | |
| Respondent. | |

**IT IS ADJUDGED** that the petition for writ of habeas corpus is denied and the action dismissed with prejudice.

DATED: June 8, 2009

*/s/ S.G. Larson*

STEPHEN G. LARSON
United States District Judge

1